

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00795-CV

**IN THE MATTER OF J.C.**, a Juvenile

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2024JUV00810
Honorable Jacqueline Herr-Valdez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the juvenile court's December 6, 2024 "Order of Adjudication" and December 6, 2024 "Order of Disposition" are AFFIRMED.

Because J.C. is indigent, no costs of this appeal are assessed against him.

SIGNED November 19, 2025.

_____
Lori Massey Brissette, Justice